AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jay Easler, *individually and as class representative of others similarly situated*<br>*Plaintiff*<br>v.<br>Hoechst Celanese Corporation; HNA Holdings Inc; CNA Holdings Inc; Hercules Inc; Arteva Specialties SARL, *dba* KoSa; Johns Manville Corporation; INVISTA SarL *dba* Invista; Auriga Polymers Inc; Indorama Ventures USA Inc; \*\*Ashland Inc; \*\*Hystron Fibers Inc; \*\*Messer Greishiem Inc; \*\*Teijin Monofilament US Inc; \*\*Teijin Holdings USA Inc<br>*Defendant*(s) | )<br>)<br>)<br>)<br>)<br>Civil Action No.  7-14-cv-48-TMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: this case is dismissed with prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M Cain.

Date:  March 30. 2016

*CLERK OF COURT*

s/L K McAlister, Deputy Clerk

*Signature of Clerk or Deputy Clerk*